# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-50347

---

Timothy Graham,

*Plaintiff—Appellee,*

versus

Leisure Pools USA Trading, Incorporated, *doing business as* Explore Industries Services USA 1,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-734

_____

United States Court of Appeals
Fifth Circuit
**FILED**
August 16, 2024
Lyle W. Cayce
Clerk

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 16, 2024, pursuant to appellant's motion.

No. 24-50347

>LYLE W. CAYCE
>Clerk of the United States Court
>of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

August 16, 2024

Mr. Philip Devlin  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

     No. 24-50347   Graham v. Leisure Pools USA Trading  
                        USDC No. 1:23-CV-734

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____  
                         Melissa B. Courseault, Deputy Clerk  
                         504-310-7701

cc w/encl:  
    Mr. Zachary B. Busey  
    Mr. Austin Harris Kaplan